UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
FASHION GROUP, LLC AND FUNGYUN, INC.,

                      Plaintiff,

– v. –

JOHNNY'S SIGNATURE, INC., JOHNNY'S
SIGNATURE INT'L, INC., DEEPAK SAJNANI,
BILCO IMPORT & EXPORT, INC., BILCO
INDUSTRIES, INC., BURTON CHEN (a/k/a Billy
Chen a/k/a William Chen, a/k/a Zhiquan Chen),
JERRY LAU and DOUBLE TOP
INTERNATIONAL, INC.,
                      Defendants.
------------------------------------------------------------- X

Case No.: 1:18-cv-02959 (PGG)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants, Johnny's Signature, Inc. and Johnny's Signature Int'l, Inc., certifies upon information and belief that the following are corporate parents, subsidiaries, or affiliates which are publicly held:

None.

Dated: July 16, 2018
New York, New York

                                                LAZARUS & LAZARUS, P.C.
                                                *Attorneys for Johnny's Signature, Inc. and*
                                                *Johnny's Signature Int'l, Inc. and Johnny*
                                                *Sanjani s/h/a Deepak Sajnani*

                          By: _____
                                               Harlan M. Lazarus, Esq.
                                               240 Madison Avenue, 8th Floor
                                               New York, New York 10016
                                               (212) 889-7400

To: Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022
Attention: Jonathan J. Faust