IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FASHION GROUP, LLC, FUNGYUN, INC. and NYC ALLIANCE COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JOHNNY'S SIGNATURE, INC., JOHNNY'S SIGNATURE INT., INC., DEEPAK SAJNANI, BILCO IMPORT & EXPORT, INC., BILCO INDUSTRIES, INC., BURTON CHEN (a/k/a Billy Chen, a/k/a William Chen, a/k/a Zhiquan Chen), JERRY LAU and DOUBLE TOP INTERNATIONAL, INC. <br><br> Defendants. | Case No. 1:18-cv-02959 (BM) <br><br> **STIPULATION RESTORING AND RE-OPENING CASE** |

**PLEASE TAKE NOTICE** that the parties, by their undersigned counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, plaintiffs Fashion Group, LLC, Fungyun, Inc. and NYC Alliance Company, LLC, on the one hand, and defendants Johnny's Signature, Inc., Johnny's Signature Int'l., Inc., Deepak Sajnani, Bilco Import & Export, Inc., Bilco Industries, Inc., Burton Chen (a/k/a Billy Chen, a/k/a William Chen, a/k/a Zhiquan Chen), Jerry Lau and Double Top International, Inc., on the other, reached an agreement-in-principle to settle this action during a settlement conference conducted on October 28, 2019;

**WHEREAS**, the parties have drafted an essentially final form of settlement agreement reflecting the agreement-in-principle;

**WHEREAS**, the settlement agreement cannot presently be executed because of defendants' current inability to perform the terms thereof;

**WHEREAS**, the parties: (i) alerted the Court to defendants' inability to perform and inability to execute the settlement agreement by letters dated, November 27, 2019 and December 23, 2019; and (ii) requested that the case remain on the docket;

WHEREAS, the Court issued an Order, dated January 7, 2020 (Dkt#121) dismissing the case without prejudice to the parties right to have the case re-opened and restored in the event settlement was not consummated;

WHEREAS, dismissal of the case under the circumstances would unfairly prejudice plaintiffs;

WHEREAS, on or about January 15, 2020, all counsel spoke with the Court's law clerk who advised that the case could be restored via stipulation;

**IT IS HEREBY STIPULATED AND AGREED** that the case be, and is, re-opened and restored.

Dated: January 21, 2020

**JONATHAN FAUST, ESQ.**

_____
Jonathan J. Faust
1411 Broadway, 15th Fl.
New York, NY 10018
Jonathan.faust@nycalliance.com
(917) 913-6597
*Attorneys for Plaintiffs*

**LAZARUS & LAZARUS, P.C.**

_____
Harlan M. Lazarus, Esq.
240 Madison Avenue
New York City, New York 10016
hlazarus@lazarusandlazarus.com
(212) 889-7400
*Attorneys for Johnny's Signature, Inc., Johnny's Signature Int'l., Inc., Deepak Sajnani, Jerry Lau and Double Top International, Inc*

**KORNFELD & ASSOCIATES, P.C.**

_____
Randy M. Kornfeld, Esq.
240 Madison Avenue, 8th Floor
New York, New York 10016
rkornfeld@kornfeldassociates.com
*Attorneys for Bilco Import & Export, Inc., Bilco Industries, Inc., Burton Chen (a/k/a Billy Chen, a/k/a William Chen, a/k/a Zhiquan Chen)*