USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FASHION GROUP, LLC, et al.

Plaintiffs,

-against-

JOHNNY'S SIGNATURE, INC., et al.

Defendants.

18-CV-2959 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

This action having been reopened (Dkt. No. 123) after the parties failed to finalize a settlement, any remaining discovery shall be completed no later than **March 20, 2020**.

The Court will hold a scheduling conference on **April 2, 2020, at 10:00 a.m.**, in Courtroom 20A. One week prior to that conference, on **March 26, 2020**, the parties shall submit a joint letter stating whether, and on what issue(s), the parties intend to move for summary judgment. If no summary judgment motions are contemplated, the Court will set a date for the parties' proposed joint pre-trial order and related filings.

Dated: New York, New York
January 24, 2020

SO ORDERED.

BARBARA MOSES
United States Magistrate Judge